[No. 20205-7-I. Division One. February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE MICHAEL DEVINE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 86–1–04856–8, James D. McCutcheon, Jr., J., entered April 2, 1987. *Dismissed* by unpublished per curiam opinion.